**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks   Date: February 20, 2007
Court Reporter: Janet Coppock   Time: 49 minutes
Probation Officer: Elizabeth Oppenheimer   Interpreter: n/a

**CASE NO.  06-CR-00196-WDM**

Parties   Counsel

**UNITED STATES OF AMERICA,**   Matthew Kirsch

   Plaintiff,

vs.

**LESLIE A. ANDRADE,**   Edward Pluss

   Defendants.

**SENTENCING**

**10:11 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

Discussion regarding the status of the co-defendant Judith Clark.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
06-CR-00196-WDM
February 20, 2007

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Mr. Pluss addresses defendant's objections to the presentence investigation report and defendant's motion for downward departure.

Defendant addresses the Court.

Comments by Mr. Kirsch in support of Government's Motion for Downward Departure.

Comments by Ms. Oppenheimer.

**ORDERED:**  Government's Motion for Downward Departure is **GRANTED.**

ORDERED:  Defendant's request for 18 U.S.C. § 3553(a) consideration is **GRANTED**.

Defendant entered her plea on **July 7, 2006** to count **One of the Indictment.**

**ORDERED:**  Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:**               27
**CRIMINAL HISTORY CATEGORY:**         I

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 70 to 87 months | 24 months, inclusive of the anticipated 50% reduction pursuant to U. S. S. G. §5K1.1 to 35 months |
| **Supervised Release** | 2 to 3 years | 3 years |
| **Probation** | Not authorized | Not recommended |
| **Fine** | $12,500 to $125,000 | Not recommended |

|  |  |  |
|---|---|---|
| **Special Assessment** | $100 | $100 |

Page Three
06-CR-00196-WDM
February 20, 2007

### Restitution
It is recommended that the defendant make restitution in the amount of **$6,922,774.00**

### Community Service
Not recommended.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **24** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Arizona**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

    (**X**)    Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

Page Four
06-CR-00196-WDM
February 20, 2007

    (**X**)    Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

    (**X**)    Defendant shall participate in credit counseling as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant shall make **restitution** as follows:

    **$5,193,782.75**  to  **Securities Investor Protection Corporation (SIPC)**
                                **Attn: Hemant Shama, Asst. General Counsel**
                                **805 15th Street, NW, Suite 800**
                                **Washington, DC 20005-2215**

    **$1,728,991.255**  to  **John D. Shively**
                                **soley in his capacity as Trustee for the Estate**
                                **Of Rocky Mountain Securities and Investments**
                                **Faegre and Benson**
                                **3200 Wells Fargo Center**
                                **Denver, CO 80203**

Restitution shall be paid jointly and severally with any restitution ordered for Judith Lee Clark in Case No. 06-CR-00333-EWN.

Restitution shall be paid in equal monthly installments of not less than **$150.00** during term of supervised release. Clerk of the Court shall disburse restitution payments, when the balance in the Court's registry totals at lease **$2,000.00.** Interest on unpaid restitution is WAIVED because the defendant does not have the ability to pay.

**ORDERED:**  Defendant may surrender voluntarily as follows: Report to the designated institution on or before **12:00 noon on March 26, 2007.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED**:  Bond is continued.

Page Five
06-CR-00196-WDM
February 20, 2007

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**11:10 a.m.    COURT IN RECESS**

**Total in court time:        49 minutes**

**Hearing concluded**